## THE SOUTHERN KANSAS RAILWAY COMPANY v. THE BOARD OF COMMISSIONERS OF JOHNSON COUNTY.

ESTABLISHMENT OF HIGHWAY — *Crossing Railroad Track — Compensation.* The cases of *K. C. Rld. Co. v. Comm'rs of Jackson Co.*, 45 Kas. 716, and *A. T. & S. F. Rld. Co. v. Comm'rs of Osage Co.*, 48 id. 576, followed.

*Error from Johnson District Court.*

ACTION by the *Southern Kansas Railway Company* against the *Board of County Commissioners* of Johnson county to recover damages arising from the establishment and construction of a highway over its right-of-way and railroad track. Defendant had judgment, and plaintiff brings error.

*A. A. Hurd,* and *Robert Dunlap,* for plaintiff in error.

*Per Curiam:* The plaintiff in error has served and filed its brief in time. No brief or oral argument has been filed or presented by the defendant in error. Under the prior decisions of the court, the judgment will be reversed, and the case remanded with direction that judgment be entered in favor of the railroad company. (*K. C. Rld. Co. v. Comm'rs of Jackson Co.,* 45 Kas. 716, and *A. T. & S. F. Rld. Co. v. Comm'rs of Osage Co.,* 48 id. 576, and cases there cited.)